

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Colgate-Palmolive Company** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081460 | $92,988.00 | 12/16/2019 | 385765 | 11/27/2019 | $92,988.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081279J | $92,988.00 | 12/5/2019 | 368287 | 11/15/2019 | $92,988.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081121B | $92,988.00 | 11/26/2019 | 355971 | 11/7/2019 | $92,988.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081009 | $92,988.00 | 11/14/2019 | 340159 | 10/30/2019 | $92,988.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080865R | $92,988.00 | 11/7/2019 | 328851 | 10/23/2019 | $92,988.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080716P | $92,988.00 | 10/24/2019 | 300321 | 10/7/2019 | $92,988.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080507V | $185,976.00 | 10/10/2019 | 283484 | 9/27/2019 | $92,988.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080507V | $185,976.00 | 10/10/2019 | 277399 | 9/25/2019 | $92,988.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080406W | $92,988.00 | 10/3/2019 | 265805 | 9/18/2019 | $92,988.00 |

**Totals:** **8 transfer(s),** **$836,892.00**